**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

EDGAR J. WILLIAMS,        )  NO. ED CV 09-814-VBF(E)
                            )
        Petitioner,   )
                            )  ORDER ADOPTING FINDINGS,
    v.                )
                            )  CONCLUSIONS AND RECOMMENDATIONS
JAMES D. HARTLEY, Warden,  )
                            )  OF UNITED STATES MAGISTRATE JUDGE
        Respondent.   )
_____)

    Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition and the attached Report and Recommendation of United States Magistrate Judge.  The Court approves and adopts the Magistrate Judge's Report and Recommendation.

    IT IS ORDERED that Judgment be entered denying and dismissing the Petition without prejudice.

///

///

///

///

IT IS FURTHER ORDERED that the Clerk serve copies of this Order, the Magistrate Judge's Report and Recommendation and the Judgment herein by United States mail on Petitioner and counsel for Respondent.


LET JUDGMENT BE ENTERED ACCORDINGLY.


DATED:     June 3, 2009.


_____
VALERIE BAKER FAIRBANK
UNITED STATES DISTRICT JUDGE