```
                    UNITED STATES DISTRICT COURT
                   CENTRAL DISTRICT OF CALIFORNIA

                       CIVIL MINUTES - GENERAL
```

Case No.  ED CV 09-814-VBF(E)            Date: June 5, 2009

Title: EDGAR J. WILLIAMS v. JAMES D. HARTLEY, Warden
==================================================================
DOCKET ENTRY



==================================================================
PRESENT:
        **HON. CHARLES F. EICK, MAGISTRATE JUDGE**


            **Stacey Pierson**
            **Deputy Clerk**                      Court Reporter


ATTORNEYS PRESENT FOR PLTFS:        ATTORNEYS PRESENT FOR DEFTS:



PROCEEDINGS: NOTICE OF CLERICAL ERROR

        Due to clerical error, the Report and Recommendation
    of United States Magistrate Judge was not attached to
    docket entry #7.  Attached herewith is the report.




                                    initials of Deputy Clerk  sp